**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8438**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

       v.

KENNETH EARL LOGAN, JR.,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, District Judge. (2:99-cr-00141-RBS-2)

Submitted: February 19, 2009          Decided: March 6, 2009

Before MICHAEL and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kenneth Earl Logan, Jr., Appellant Pro Se. Laura Marie Everhart, Assistant Attorney General, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Earl Logan, Jr., appeals the district court's order granting his motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2006), and reducing his sentence to 210 months in prison. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Logan, No. 2:99-cr-00141-RBS-2 (E.D. Va. Nov. 5, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2